UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WHITEHEAD,

                Plaintiff,                            22 **CIVIL** 9922 (ALC)

    -v-                                        **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, Plaintiff's Motion for judgment on the pleadings is DENIED; Defendant's cross-motion for judgment on the pleadings is GRANTED; and the Commissioner's decision is AFFIRMED.

**Dated:**  New York, New York

     March 29, 2024

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                 **BY:**
                                                           **Deputy Clerk**